2017 ND 280

STATE of North Dakota, Plaintiff and Appellee

v.

Eric Lance SABOT, Defendant and Appellant

No. 20170100

Supreme Court of North Dakota.

Filed 12/7/2017

Ladd R. Erickson, Assistant State's Attorney, Washburn, ND, for plaintiff and appellee; on brief.

Thomas J. Glass, Bismarck, ND, for defendant and appellant; on brief.

Per Curiam.

[¶ 1] Eric Sabot appeals from a criminal judgment, entered after a bench trial, finding him guilty of terrorizing. Sabot argues the evidence presented at trial was insufficient to convict him of terrorizing. We summarily affirm under N.D.R.App.P. 35.1(a)(3), concluding sufficient evidence supports Sabot's conviction.

[¶ 2] Gerald W. VandeWalle, C.J.

Jon J. Jensen

Jerod E. Tufte

Daniel J. Crothers

Lisa Fair McEvers